UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MASONITE INTERNATIONAL CORPORATION, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLYWOOD TACOMA, INC., a Washington corporation,<br><br>Defendant. | Case No. 3:07-CV-41-AS<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

THIS CAUSE came before the Court on the Plaintiff's Motion for Order of Dismissal Without Prejudice dated August 9, 2007, and the Court having reviewed the file, noting that the Defendant was never served with a summons and complaint and therefore has never filed an answer or motion in the action, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this action is dismissed, *without prejudice*, at the Plaintiff's request pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

ORDER OF DISMISSAL WITHOUT PREJUDICE

Page 2

DONE and ORDERED in Chambers at Portland, Oregon this 9 day of August, 2007.

_____
Hon. Donald C. Ashmanskas
U.S. Magistrate Judge

#4724830_v1

ORDER OF DISMISSAL WITHOUT PREJUDICE

Page 2